DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN LEONARD MCKENZIE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-862

[October 29, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey D. Gillen, Judge; L.T. Case No. 502010CF010417AXXXMB.

William R. Ponall of Ponall Law, Maitland, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KUNTZ, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***